UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELYN CASTILLO, on behalf of herself and all others similarly situated,,<br><br>                Plaintiffs,<br><br>                -v-<br><br>LYRIC THEATRE OF NEW YORK, INC. d/b/a LYRIC THEATRE,<br><br>                Defendant. | Civil Action No. 1:18-cv-07943<br><br>**NOTICE OF MOTION TO DISMISS** |

      **PLEASE TAKE NOTICE** that, based upon the Memorandum of Law In Support of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), the above-named Defendant, by and through their attorneys, Littler Mendelson, P.C., will move this Court, before the Honorable Alison J. Nathan, United States District Judge, in the United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an Order dismissing the Complaint, and granting such other and further relief as this Court deems just and proper.

      Defendant intends to file and serve Reply Papers.

Date:  December 19, 2018
         New York, New York

                                                */s/ Lisa M. Griffith*
                                                Lisa M. Griffith
                                                Daniella Adler
                                                LITTLER MENDELSON, P.C.
                                                900 Third Avenue
                                                New York, NY  10022
                                                212.583.9600

                                                *Attorneys for Defendant*